UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

---

CHANDRASIRI G. MUDUN KOTUWAGE, individually and in behalf of all other persons similarly situated,

            Plaintiff,

       –against–

BILT PETROLEUM, INC.; NSS PETROLEUM INC; AMRIK S. DHILLON; and NIRMAL SINGH, jointly and severally,

           Defendants.

15 CV 4374

## CONSENT TO BECOME PARTY PLAINTIFF

I, _Chandrasiri G. Mudun Kotuwage_, consent to become a party plaintiff in this lawsuit pursuant to 29 U.S.C. § 216(b).

Date: 4/6/15